IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PHMG, | ) | |
| | ) | |
| Defendant. | ) | Civil Action No. 3:19-CV-2648-C |

### ORDER

On this day, the Court considered Defendant's Motion for Summary Judgment, Plaintiff's Response to Defendant's Motion for Summary Judgment, and Defendant's Objections to Plaintiff's Summary Judgment Evidence. Having considered the foregoing, the Court is of the opinion that Defendant's evidentiary objections should be **OVERRULED** and that Defendant's Motion for Summary Judgment should be **DENIED** as genuine issues of material fact exist. In an effort to reach a settlement, the Court **ORDERS** that the Parties mediate all claims at issue within 45 days from the date of this Order. Should the Parties fail to reach a settlement, this proceeding shall remain set for trial on August 16, 2021.

SO ORDERED this 7th day of June, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE